No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $200.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.

No attorney on appeal for appellant.

Gene McGlasson, Jr., County Atty., Canyon, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of driving a motor vehicle while intoxicated, with the punishment assessed by the jury at a fine of $250 and 60 days in jail.

The record on appeal contains neither a statement of facts nor bill of exception, without which nothing is presented for the consideration of this court.

The judgment is affirmed.

## WILLIAMS v. STATE.

No. 26729.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

## NOEL v. STATE.

No. 26723.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

